ACCEPTED
01-15-00044-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/13/2015 2:10:32 PM
CHRISTOPHER PRINE
CLERK

# LAW OFFICE OF KEITH C. THOMPSON, P.C.

*Physical Address*
11003 Quaker Ave.
Lubbock, TX 79424

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/13/2015 2:10:32 PM
CHRISTOPHER A. PRINE
Clerk

*Telephone* (806) 783-8322
*Fax* (806) 783-8350
*Email:* kct@kctlaw.us

February 13, 2015

Mr. Christopher A. Prine
Clerk of the Court
Court of Appeals
First District
301 Fannin Street
Houston, TX 77002-2066

RE:     TANYA L. MCCABE TRUST, MCCABE FAMILY TRUST, AND THE ROCHFORD LIVING
        TRUST V. RANGER ENERGY, LLC; COURT OF APPEALS NUMBER 01-15-00044-CV

Dear Mr. Prine:

        This appeal is on a Summary Judgment; therefore, the Court Reporter's Record is not required.

                                        Sincerely,

                        LAW OFFICE OF KEITH C. THOMPSON, P.C.


                                /s/     Keith C. Thompson
                                        Keith C. Thompson